# ATTACHMENT A

*Property to be searched*

The property to be searched is **Grant Aviation, Inc., 6520 Kulis Drive, Anchorage, Alaska, 99502,** as well as Grant Aviation, Inc.'s maintenance hangar located at **5185 Freyholtz Lane, Anchorage, AK 99502**. The two sites are both located within the Kulis Business Park and the maintenance hangar is directly North of the company's corporate office. The **Premises** is white and red, two-story building located outside the southeast perimeter of Ted Stevens Anchorage International Airport. The **Premises** can be reached by traveling Westbound on Raspberry Road and turning right (North) on Kulis Drive. To access the **Premises**, turn left (West) onto a driveway located just North of Test Drive. The main entrance to the **Premises**, which faces Southwest, bears the word "Headquarters" in gold letters above two double doors. There is a footpath at the Northwest corner of the building that leads to the maintenance hangar located.

The maintenance hangar is a white, multi-story building, the bottom portion of which is concrete and the upper portion of which is metal. There is a fence running along the North side of the building, separating the exterior of the building from the tarmac at Ted Stevens Anchorage International Airport. The hangar can be reached by traveling Northbound on Kulis Drive and turning left (Northwest) on Denali View Way, then turning left again (West) toward the East side of the building. The entrance to the **Premises** can be found on the South side of the building and is a single blue door located under a fixture on the outside of the building in the shape of a half-cylinder. There are no markings on the exterior of either building at this time bearing Grant Aviation's name or logo; however, there are multiple vehicles and items outside the Maintenance Hanger that bear the company's name and logo.

