# ATTACHMENT B

*Property to be seized*

For the period from January 2011 to the present, the following documents, records, photographs, and personal property, in any form or format, constituting evidence of violations of of 18 U.S.C. § 1001 and 18 U.S.C. § 1343:

**A.    Documents, Records, Photographs, Personal Property**

Ownership and control records

1.      Records that reflect any persons or organizations who have direct or indirect ownership or control interests in, or who have acted as a director, officer, agent, or management employee of Grant Aviation, Inc..

2.      Records tending to establish ownership and/or control of the **Premises,** including utility records, telephone records, mail, canceled envelopes, rental or lease records, title records, deeds, mortgage records, property tax records, insurance records, business cards, personal identification documents.

3.      Records tending to establish the identity of persons in control of computers and other digital storage media.

T-100 data and related records

4.      T-100 reports and all supporting records, including records related to the preparation of T-100 reports or the submission of T-100 reports to the Department of Transportation or the Postal Service.

5.      Training materials and policies related to the preparation of T-100 reports or the submission of T-100 reports to the Department of Transportation or the Postal Service.

### Flight records and related records

6.    Flight records, including (i) flight schedules and all supporting records, including records related to the preparation of flight schedules or the submission of flight schedules to the Official Airline Guide; and (ii) flight plans, manifests, pilot logs, tickets, records reflecting crews, passengers, or freight onboard, records related to the preparation of such documents.

7.    Training materials and policies related to the preparation of flight records.

### Passenger transaction records

8.    Passenger transactions records, including passenger correspondence, internal correspondence about passengers, passenger contact information, reservation information, passenger tickets, fares, cancellations, refunds, invoicing and payment records, and other records indicating payment or request for payment for flights operated by Grant Aviation, Inc.

### Aircraft records

9.    Records related to Grant Aviation, Inc. aircraft, including purchase or lease agreements, aircraft lists, aircraft photographs, aircraft tail numbers.

### Records and correspondence sent or received

10.    Records and correspondence sent to or received from the Department of Transportation or the Postal Service.

11.    Records and correspondence sent to or received from Grant Aviation of Alaska, LLC, or Eric Young.

12.    Internal and external communications related to the bypass mail program, including the handling or transportation of mail, passengers, or freight.

2

Financial Records

13.    Tax records, bookkeeping records, and financial statement records, including journals, ledgers, registers, trial balances, income statements, balance sheets, retained earnings statements, cash flow statements.

14.    Financial account records, including bank statements, credit account statements, investment account statements, and insurance account statements; records reflecting dates and amounts of deposits, withdrawals, and interest; passbooks, deposit/withdrawal tickets; records reflecting the identify of checks deposited, check registers, cancelled/processed checks; records of other financial transactions.

15.    Payroll records including W-2's, 1099s, employee rosters, payroll checks, employee contracts, salary information, timesheets, and training records, as well as all telephone lists, address lists, and contact information for Grant Aviation, Inc. employees.

**B.    Electronic Records**

16.    Computers or storage media used as a means to commit the violations described above.  The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, tablets, server computers, and network hardware.  The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

17.    For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, **"Computer"**):

a.  records and information falling within the categories set forth above;

b.  records and information relating to any e-mail account with the domain "@flygrant.com";

c.  evidence of who used, owned, or controlled the **Computer** at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

d.  evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e.  evidence of the attachment to the **Computer** of other storage devices or similar containers for electronic evidence;

f.  evidence of the times the **Computer** was used;

g.  passwords, encryption keys, and other access devices that may be necessary to access the **Computer**;

h.  documentation and manuals that may be necessary to access the **Computer** or to conduct a forensic examination of the **Computer**;

i.  records of or information about Internet Protocol addresses used by the **Computer**;

j.  records of or information about the **Computer's** Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or

4

"favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

k.  contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The agents conducting the search are directed to image the hard drives of subject computers on-site, if at all possible to minimize disruption to the business, If it is necessary to seize a computer, agents are directed to list the computers seized and removed and explain why it was not possible to image them on site. This information should be provided in the return of the search warrant. SIGNATURE REDACTED

9/12/2017

5

Case 3:17-mj-00384-DMS   Document 1-2   Filed 09/12/17   Page 5 of 5