IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**Grant Aviation, Inc**.<br>**6520 Kulis Drive**<br>**And**<br>**Grant Aviation's maintenance hangar**<br>**5185 Freyholtz Lane**<br>**Anchorage, Alaska 99502** | No. 3:17-mj-00384-DMS<br><br>**ORDER UNSEALING SEARCH WARRANT, APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, AND RETURN** |

Having considered the United States' Motion to Unseal the search warrant and related documents in the above-captioned case and finding it well-taken,

IT IS HEREBY ORDERED that the motion is GRANTED, and the documents shall be unsealed.

IT IS SO ORDERED.

DATED this 24th day of July, 2019 at Anchorage, Alaska.

*Matthew M. Scoble*
UNITED STATES MAGISTRATE JUDGE